UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLE ANN HOGAN,

        Plaintiff,

Case No. 11-14888

HONORABLE GERALD E. ROSEN

v.

NORTHWEST AIRLINES, INC., et al,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Opinion and Order, entered on February 19, 2013, the defendants Motions to Dismiss (Docs. 5, 11) are GRANTED and the case is DISMISSED.

DAVID WEAVER

Dated: February 19, 2013

By: s/Julie Owens
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 19, 2013, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5135